# Exhibit 9

JVR No. 1102220080, 2010 WL 6635996 (Ala.Cir.Ct.) (Verdict and Settlement Summary)

Copyright (c) 2012 Thomson Reuters/West
Circuit Court of Alabama, Thirteenth Judicial Circuit, Mobile County.

JOHNSON, ESTATE OF v. YANMAR CO.; YANMAR DIESEL AMERICA CORP.; BAY IMPLEMENT; HARP; CROSBY

05-1141
DATE OF INCIDENT: June 22, 2003
DATE OF FILING: December 14, 2005
DATE OF TRIAL: March 26, 2010
TOPIC:
LIABILITY:
General: Products Liability
Specific: Tractor

**SUMMARY**
**Outcome: Plaintiff Verdict**

**Total Verdict: $875,000**

**Judge Reduced Award To:**
HIGH AMOUNT: $0

LOW AMOUNT: $0

**EXPERT-WITNESSES:**
**ATTORNEY:**

Plaintiff: David S. Cain Jr., Mobile, AL
Defendant: Walter M. Cook, Mobile, AL

JUDGE: Joseph S. Johnston

RANGE AMOUNT: $500,000 - 999,999

STATE: Alabama
COUNTY: Mobile

**PRIMARY INJURY: Death**

**SUMMARY**
**PLAINTIFF:**
Sex: Male

Age: Adult

**DECEDENT:**
NUMBER OF MINOR CHILDREN: 0

NUMBER OF ADULT CHILDREN: 0

JOHNSON, ESTATE OF v. YANMAR CO.; YANMAR..., JVR No. 1102220080...

DECEDENT SALARY: $0

**DEFENDANT:**
Sex: Organization

Inactive Defendant (for organization): Yanmar Co.

Policy Limit:

Sex: Organization

Inactive Defendant (for organization): Yanmar Diesel America Corp.

Policy Limit:

Sex: Organization

Inactive Defendant (for organization): Bay Implement

Policy Limit:

Sex: Male

Inactive Defendant (for organization): Harp

Policy Limit:

Sex: Male

Inactive Defendant (for organization): Crosby

Policy Limit:

Other Expenses: $0

**DAMAGES:**
Compensatory Past Medical Award: $0

Compensatory Future Medical Award: $0

Compensatory Past Wages Award: $0

Compensatory Future Wages Award: $0

Compensatory Pain And Suffering Award: $875,000

Other Compensatory Award: $0

Total Compensatory Award: $875,000

Punitive Damages: $0

Hedonic Damages: $0

Property Damages: $0

JOHNSON, ESTATE OF v. YANMAR CO.; YANMAR..., JVR No. 1102220080...

Other Damages: $0

Interest: $0

Loss of Service: $0

Comparative Negligence Percentage: 0

**FACTS:**
A male died from blunt force trauma on his chest when a tractor that he operated overturned and pinned him underneath as he attempted to pull a trailer out of mud on his private property. The tractor was manufactured by the defendant and codefendant and purchased from the male fifth-named defendant after it was originally purchased from the third- and fourth-named defendants. The decedent's estate contended that the defendants designed, manufactured or sold a product that was unsafe for its intended use and purpose, failed to warn of known defects in the tractor, and failed to prevent injury to consumers. The defendants denied liability and contended that the tractor was free of defects, and that the plaintiff used the equipment improperly and caused his own fatal injuries.

Jury Verdict Research
COURT: Circuit

End of Document     © 2012 Thomson Reuters. No claim to original U.S. Government Works.