# Exhibit 11

# ALABAMA VERDICTS IN PRODUCTS LIABILITY CASES

| | |
|---|---|
| $21,000,000 | Blades v. Thermal Techs., 2011 WL 2515813 (Ala. Cir. Ct. Pike County, Mar. 25, 2011) (product liability action against manufacturer of door guard that fell 40 feet and hit plaintiff in the face, which required surgery to correct broken bones, dental injuries, and nerve damage) |
| $107,000 | Mosier v. Stanley Bostitch, 2010 WL 5790837 (Ala. Cir. Ct. Coffee County, Apr. 15, 2010) (product liability action against manufacturer of nail gun that misfired into plaintiff's knee) |
| $875,000 | Estate of Johnson v. Yanmar Co., 2010 WL 2889605 (Ala. Cir. Ct. Mobile County, Mar. 26, 2010) (product liability and wrongful death action arising from accident involving tractor that rolled over and killed plaintiff) |
| $2,750,000 | Estate of Parker v. Ford Motor Co., 2010 WL 2079802 (Ala. Cir. Ct. Montgomery County, Mar. 12, 2010) (product liability and wrongful death action arising from car accident) |
| $1,250,000 ($500,000 Compensatory, $750,000 Punitive) | Maroney v. Taurus Int'l Mfg., 2009 WL 6316455 (Ala. Cir. Ct. Etowah County, Oct. 15, 2009) (products liability action against pistol manufacturer after gun accidentally discharged, piercing plaintiffs pancreas, spleen, diaphragm, and lungs, causing $40,000 in medical expenses) |
| $8,500,000 | Duckett v. Ford Motor Co., 2009 WL 4932513 (Ala. Cir. Ct. Etowah County, Oct. 14, 2009) (product liability action arising from car accident resulting in two deaths and one survivor whose leg was amputated and left paralyzed in one arm) |
| $50,000,000 ($12,750,000 Compensatory, $37,250,000 Punitive) | Krantz v. A.O. Smith Corp., 2007 WL 5273131 (Ala. Cir. Ct. Baldwin County, Oct. 18, 2007) (products liability and wrongful death action against manufacturer of water heater that caused explosion and house fire) |

1

| | |
|---|---|
| $1,600,000 | King v. Alpine Engineered Prods., 2007 WL 2456652 (Ala. Cir. Ct. Mobile County, May 4, 2007) (products liability claim against manufacturer of industrial saw and saw blade by plaintiff who suffered severe leg injury and incurred $42,422 in medical expenses) |
| $4,000,000 | Thorne v. Ford Motor Co., 2007 WL 2988262 (Ala. Cir. Ct. Montgomery County, Apr. 20, 2007) (product liability action against car and tire manufacturers by plaintiff paralyzed in tire blowout and resulting rollover accident) |
| $2,000,000 ($800,000 Compensatory, $1,200,000 Punitive) | Pierce v. Illinois Tool Works, Inc., 2005 WL 4677813 (Ala. Cir. Ct., Dekalb County, Sept. 15, 2005) (products liability action by plaintiff who suffered destroyed vision when nail gun inadvertently fired nail into the worker's eye) |
| $800,000 ($400,000 to each plaintiff) | Gurley v. A.L. Lee Corp., 2005 WL 1639477 (Ala. Cir. Ct., Tuscaloosa County, Jan. 26, 2005) (products liability action by plaintiffs who suffered third degree burns when air compressor they plugged in produced electrical arc) |
| $2,500,000 | Shaffer v. Am. Lifts, 2004 WL 3201058 (Ala. Cir. Ct., Marion County, Nov. 17, 2004) (wrongful death case based on products liability claim against scissor lift manufacturer arising out of lift collapse) |
| $3,500,000 | Nall v. Altec Indus., Inc., 2005 WL 4774224 (Ala. Cir. Ct., Mobile County, Sept. 29, 2005) (products liability action by plaintiff who suffered ruptured spleen and back injury when aerial lift collapsed to ground with plaintiff inside) |
| $4,500,000 | Sanders v. Inductotherm Indus., 2004 WL 3201162 (Ala. Cir. Ct., Jefferson County, Oct. 2004) (products liability and wrongful death claim arising out of furnace explosion) |

2

| | |
|---|---|
| $950,000 | Castleberry v. Cantrell Mach. Co., 2004 WL 3201180 (Ala. Cir. Ct., Blount County, Sept. 2, 2004) (products liability action by a woman whose hand was injured by a chicken heart and liver harvesting machine) |
| $50,000,000 (Original Verdict) | Mack Trucks, Inc. v. Witherspoon, 867 So. 2d 307 (Ala. 2003) (products liability case arising out of a tractor-trailer rollover) |
| $12,000,000 ($6,000,000 Compensatory, $6,000,000 Punitive) | Morgan v. ProTech Industries, 2003 WL 23111870 (Ala. Cir. Ct., Lamar County, Aug. 29, 2003) (wrongful death case based on products liability claim against truck manufacturer arising out of rollover and absence of cab guard on logging truck) |
| $7,000,000 | Daniel v. Snap Products, 2003 WL 23111815 (Ala. Cir. Ct., Baldwin County, May 28, 2003) (wrongful death case based on products liability claim against manufacture of tire repair product after treated tire exploded) |
| $4,168,500 ($1,068,500 Compensatory, $3,100,000 Punitive) | McClain, et al. v. Metabolife Intl., Inc., 259 F. Supp. 2d 1225 (N.D. Ala. 2002) (products liability action by four plaintiffs who suffered cardiac symptoms after using ephedra-based diet drug) (reversed on appeal, 401 F.3d 1233 (11th Cir. 2005), and remanded for a new trial) |
| $960,000 ($25,000 over and above $935,000 in pro tanto settlements) | Hannah v. Gregg Bland & Berry, 2002 WL 32169853 (Ala. Cir. Ct., Colbert County, Oct. 25, 2002) (wrongful death case arising out of fatal crush injury in industrial belt equipment) |
| $122,000,000 ($22,000,000 Compensatory, $100,000,000 Punitive) | Jernigan v. General Motors Corp., Bullock County (May 3, 2002) (products liability case arising out of collapse of Oldsmobile passenger compartment) (reversed on appeal, 883 So.2d 646 (Ala. 2003), and remanded for new trial) |

3

| | |
|---|---|
| $510,000 (Compensatory) $10,000,000 (Punitive) | Hobart Corporation v. Scottie W. Scoggins, 776 So.2d 56 (Ala. 2000) (products liability action by a man who was injured while using a meat saw manufactured by Hobart) |
| $3,000,000 ($2,500,000 (Compensatory $500,000 Punitive) | Cessna Aircraft Company v. Robert Trzcinski, 682 So. 2d 17 (Ala. 1996) (products liability action by a man who was injured in an airplane crash due to a defective shoulder harness) |
| $1,000,000 (Original verdict $825,000) | Uniroyal Goodrich Tire Company v. Jackie Darryl Hall, 681 So. 2d 126 (Ala. 1996) (products liability action by a man who was injured when wheel rim exploded) |
| $1,225,000 | Ford Motor Company v. June Burdeshaw, 661 So. 2d 236 (Ala. 1995) (wrongful death case brought against truck manufacturer after decedent was killed by a truck's transmission slipping out of neutral and crushing him) |
| $13,000,000 | General Motors Corporation v. Pamela L. Saint, 646 So. 2d 564 (Ala. 1994) (products liability action by a woman who was injured due to a defective seat belt) |
| $250,000 ($100,000 Compensatory, $150,000 Punitive) | Flagstar Enterprises, Inc. v. Maureen Davis, 709 So. 2d 1132 (Ala. 1998) (products liability action by a woman who found human blood in styrofoam package containing biscuit gravy) |
| $250,000 | Caterpillar, Inc. v. Hightower, 605 So. 2d 1193 (Ala. 1992) (product liability action brought by a man who was injured by a broken tree trunk while handling machinery during logging operation) |
| $115,000 | Banner Welders, Inc. v. Knighton, 425 So. 2d 441 (Ala. 1982) (product liability claim against manufacture for personal injuries received on shuttle welder) |

4

$6,500,000    Sears, Roebuck & Co. v. Harris, 630 So. 2d 1018 (Ala. 1993) (wrongful death case based on product liability claims against manufacturer and retailer of gas water heater that caused carbon monoxide poisoning)

$7,500,000    General Motors Corp. v. Johnson, 592 So. 2d 1054 (Ala. 1992) (wrongful death case based on product liability claim where child was killed in automobile accident)

$5,000,000    Industrial Chem. & Fiberglass Corp. v. Chandler, 547 So. 2d 812 (Ala. 1989) (widows of two workers killed in industrial accident brought wrongful death action against distributor of cleaning substances that ignited and caused death of workers)